# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Airman Basic RYAN T. MILLER
### United States Air Force

### ACM S32260

### 18 March 2015

Sentence adjudged 25 July 2014 by SPCM convened at Joint Base Elmendorf-Richardson, Alaska. Military Judge: Ira Perkins (sitting alone).

Approved Sentence: Bad-conduct discharge and confinement for 90 days.

Appellate Counsel for the Appellant: Captain Jeffrey A. Davis.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

ALLRED, HECKER, and TELLER
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court